# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0033. DAVID MOYNIHAN v. ILYA GOUSSEV.**

This case was initiated when Ilya Goussev filed a petition seeking to adopt his minor stepchild, E. S. M. David Moynihan, the child's biological father, contested the adoption petition and the termination of his parental rights.[1] On July 16, 2024, the trial court entered an order terminating Moynihan's parental rights and declaring that adoption was in the child's best interest, but it appears that no final order of adoption has been entered. From that order, Moynihan filed the instant pro se discretionary application from the order terminating his parental rights. For reasons that follow, we lack jurisdiction.

Ordinarily, a party seeking to appeal an order terminating parental rights must file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (12). But this is not a termination of parental rights case; it is an adoption case. And no final order has been entered in the adoption matter. See OCGA § 5-6-34 (a) (1) (providing for a direct appeal from a "final judgment[ ], that is to say, where the case is no longer pending in the court below").  Because the adoption remains pending below, Moynihan was required to follow the interlocutory appeal procedure of OCGA § 5-6-34 (b) in order to appeal.  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs*

---

[1] Moynihan filed a petition for modification of child custody and for child support in a different action in the same court. The court initially consolidated the issue of the termination of Moynihan's parental rights with Moynihan's action, but it dismissed that action for want of prosecution by order signed June 10, 2024, *nunc pro tunc* to June 3, 2024.

*v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991); *Park v. Bailey*, 329 Ga. App. 569, 571 (765 SE2d 721) (2014); *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997). Because he did not do so, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   09/06/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*